# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2019 ND 40 ___

State of North Dakota,                                     Plaintiff and Appellee

v.

Jeffery Allen Christie,                                    Defendant and Appellant

No. 20180286

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable David E. Reich, Judge.

AFFIRMED.

Per Curiam.

Marina Spahr, Assistant State's Attorney, Bismarck, N.D., for plaintiff and appellee.

Laura C. Ringsak, Bismarck, N.D., for defendant and appellant; submitted on brief.

# State v. Christie

## No. 20180286

**Per Curiam.**

[¶1]    Jeffery Christie appeals from a criminal judgment entered on a jury verdict finding him guilty of class AA felony gross sexual imposition. Christie argues the evidence is legally insufficient to support the jury's guilty verdict. Having reviewed the evidence in the light most favorable to the verdict and giving the verdict the benefit of all inferences reasonably to be drawn in its favor, *see State v. White*, 2017 ND 51, ¶ 17, 890 N.W.2d 825, we conclude the evidence is sufficient to sustain the verdict. We summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶2]    Gerald W. VandeWalle, C.J.
Jerod E. Tufte
Daniel J. Crothers
Lisa Fair McEvers
Jon J. Jensen